```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2766
   Facsimile: (916) 554-2900
5
   For the UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:11-CR-00274 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| | **[18 U.S.C. § 3161(h)]** |
| CEM KIYAK, | |
| Defendant. | |

This case is currently scheduled for a status hearing on November 15, 2011. Counsel for the United States has communicated with counsel for Defendant, and has been informed that Defendant needs additional time to prepare his case, including conducting an investigation. This includes review of the discovery produced by the United States as well as the inspection of the items seized during the execution of a search warrant.

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's

1

defense taking into account due diligence.  The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties, through their respective counsel, hereby stipulate and request that the status hearing scheduled in this case for November 15, 2011 at 9:00 a.m, should be continued to January 24, 2012, at 9:30 a.m.  In addition, the parties stipulate that the time period from November 15, 2011, to January 24, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.  A proposed order is attached and lodged separately for the Court's convenience.

Respectfully submitted,

DATED: November 9, 2011  BENJAMIN B. WAGNER
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

For the United States of America


DATED: November 9, 2011  DANIEL BRODERICK
Federal Public Defender

By: */s/ Todd A. Pickles for*
TIMOTHY ZINDEL
Assistant Federal Defender

For Defendant CEM KIYAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 2:11-CR-00274 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE STATUS HEARING |
| v. | ) | AND TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| | ) | |
| | ) | **[18 U.S.C. § 3161(h)]** |
| CEM KIYAK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Based on the reasons set forth in the stipulation of the parties filed on November 9, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status hearing currently scheduled for November 15, 2011, is VACATED and that the case is SET for a status hearing on **January 24, 2012,** at **9:30 a.m.**

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 9, 2011 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from November 15, 2011, through January 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

3

1 | IT IS SO ORDERED.
2 | DATED: 11/9/2011
3 |                              /s/ John A. Mendez
   |                              Honorable John A. Mendez
4 |                              United States District Judge
   |                              Eastern District of California
5 |
6 |
7 |
...
28 |