```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CEM KIYAK
 7

 8

 9
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0274 JAM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| v. | ) **CONTINUE STATUS CONFERENCE** |
| | ) **AND EXCLUDE TIME** |
| CEM KIYAK, | ) |
| | ) |
| Defendant. | ) Date: January 24, 2012 |
| | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for January 24, 2012, may be continued to March 6, 2011, at 1:30 p.m.

The defense has conducted an initial inspection of the goods that are claimed to be counterfeit; there is additional research and investigation still to be done. Additional discovery will be provided, consisting of notebooks and receipts, and time is needed to review those materials in detail. To afford time to complete

1

these tasks, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on March 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: January 20, 2012       */s/ T. Zindel for T. Pickles*
                                    TODD PICKLES
                                    Assistant U.S. Attorney

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: January 20, 2012      */s/ T. Zindel*
                                      TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Mr. Kiyak

## O R D E R

The status conference is continued to March 6, 2012, at 1:30 p.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: January 20, 2012      /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge