```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CEM KIYAK
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0274 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** </br> ) **MODIFYING CONDITIONS OF** </br> ) **PRETRIAL RELEASE** |
| CEM KIYAK, | ) |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the conditions of pretrial release ordered on July 11, 2011, may be modified to eliminate special condition 11. Condition 11 provides, "You shall contact immigration officials to resolve your immigration issues and make all appearance in immigration court." The court added the condition *sua sponte*.

Pretrial Services notes that Mr. Kiyak already has conditions in place requiring him to obey all laws and to attend all hearings

1

as ordered.  The parties have recognized that any immigration issues Mr. Kiyak may face should be addressed after the criminal proceedings are concluded, not while the case is pending, although the government retain discretion to initiate any proceedings.  The same investigating agency - Department of Homeland Security - will handle both the criminal case and any immigration matter that may arise in the future.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: April 30, 2012        /s/ T. Zindel for T. Pickles
TODD PICKLES
Assistant U.S. Attorney

DANIEL J. BRODERICK
Federal Defender

Dated: April 30, 2012        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Mr. Kiyak

**O R D E R**

Condition number 11 of the pretrial release conditions is hereby stricken.

IT IS SO ORDERED.

Dated: April 30, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE