BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CEM KIYAK,<br><br>　　　　　　　Defendant. | CASE NO. 2:11-CR-00274 JAM<br><br>**STIPULATION AND REQUST TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; ORDER**<br><br>[18 U.S.C. § 3161(h)] |

　　　　This matter is set for a status hearing on May 8, 2012. Counsel for the United States has communicated with counsel for the defendant about the status of the case. Defense counsel has informed counsel for the United States that he is continuing to prepare for his client's defense, which includes reviewing voluminous evidence and documents that are in the possession of the United States Department of Homeland Security-Homeland Security Investigations, the copying of the entirety of which is impractical. Accordingly, the parties respectfully request that the status hearing set for May 16, 2012 be continued to July 24, 2012.

　　　　Furthermore, based on these facts, the parties stipulate and agree that time from May 8, 2012 through July 24, 2012 is necessary to provide defense counsel reasonable time to prepare a defense, taking into account due diligence. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties, through their respective counsel, hereby stipulate and

Stipulation to Continue Status Hearing and for
Exclusion of Time; [Proposed] Order

1

1  request that the time period from May 8, 2012 to July 24, 2012, should be excluded under the
2  Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to
3  provide defense counsel with the reasonable time to prepare.
4      IT IS SO STIPULATED.
5  Dated: May 4, 2012                                            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

Attorneys for the United States of America

DANIEL BRODERCK
Federal Public Defender

By: */s/ Todd A. Pickles for*
TIMOTHY ZINDEL
Assistant Public Defender

Attorney for Defendant Cem Kiyak

Stipulation to Continue Status Hearing and for
Exclusion of Time; [Proposed] Order

2

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the reasons set forth in the stipulation of the parties filed on May 4, 2012, and good cause appearing there from, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status hearing currently scheduled for May 8, 2012, is VACATED and that the case is SET for a status hearing on July 24, 2012, at 9:30 a.m.

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 4, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from May 8, 2012 to July 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.

DATED: 5/7/2012 /s/ John A. Mendez
Honorable John A. Mendez
United States District Judge
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com