```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CEM KIYAK
 7

 8

 9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,     ) No. 2:11-CR-0274 JAM
                                  )
14        Plaintiff,              )
                                  ) STIPULATION AND ORDER TO
15     v.                         ) CONTINUE STATUS CONFERENCE
                                  ) AND EXCLUDE TIME
16  CEM KIYAK,                    )
                                  )
17        Defendant.              ) Date:  July 24, 2012
                                  ) Time:  9:45 a.m.
18  _____) Judge: Hon. John A. Mendez

19
```

20   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United
21 States of America, and defendant, Cem Kiyak, that the status
22 conference scheduled for July 24, 2012, may be continued to
23 September 11, 2012, at 9:45 a.m.

24   The defense is scheduled to review during August extensive
25 paperwork seized by the government and held at Customs (the cost of
26 photocopying or scanning the papers turned out to be prohibitive).
27 Mr. Kiyak will assist with this review. The defense will then need
28 additional time for follow-up investigation. Because it will take

                                  1

several weeks review and investigate, the parties ask to set the status off to September 11. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial, so that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on September 11, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: July 20, 2012         */s/ T. Zindel for T. Pickles*
                                        TODD PICKLES
                                        Assistant U.S. Attorney

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: July 20, 2012         */s/ T. Zindel*
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Mr. Kiyak

**O R D E R**

The status conference is continued to September 11, 2012, at 9:45 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

    IT IS SO ORDERED.

Dated: July 20, 2012                            /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge