```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CEM KIYAK
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,        )  No. 2:11-CR-0274 JAM
                                     )
12          Plaintiff,                )
                                     )  STIPULATION AND ORDER TO
13      v.                            )  CONTINUE STATUS CONFERENCE
                                     )  AND EXCLUDE TIME
14  CEM KIYAK,                       )
                                     )
15          Defendant.                )  Date: February 19, 2013
                                     )  Time: 9:45 a.m.
16  _____  )  Judge: Hon. John A. Mendez

17
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for February 19, 2013, may be continued to March 26, 2013, at 9:45 a.m.

The defense met with Customs two weeks ago to review additional seized paperwork; that review raised additional questions, which the parties are reviewing. Additional time is needed to answer these questions before the case may be resolved or further scheduled. The parties agree that additional time is needed to review and resolve the case and that the interests of justice to be served by a continuance therefore outweigh the best

1

interests of the parties in a speedy trial, so that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on March 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: February 14, 2013      */s/ T. Zindel for T. Pickles*
                                        TODD PICKLES
                                        Assistant U.S. Attorney

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

Dated: February 14, 2013      */s/ T. Zindel*
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CEM KIYAK

# O R D E R

The status conference is continued to March 26, 2013, at 9:45 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: February 14, 2013      /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge