HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CEM KIYAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. 2:11-CR-0274 JAM
                           )
        Plaintiff,         )
                           )  **STIPULATION AND ORDER TO**
    v.                     )  **CONTINUE STATUS CONFERENCE**
                           )  **AND EXCLUDE TIME**
CEM KIYAK,                 )
                           )
        Defendant.         )  Date: May 14, 2013
                           )  Time: 9:45 a.m.
                           )  Judge: Hon. John A. Mendez

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for May 14, 2013, may be continued to July 9, 2013, at 9:45 a.m.

   The defense has concluded its consultation with an immigration expert but has yet to review the results with Mr. Kiyak. The government has forwarded a proposed resolution but a number of issues bearing on resolution remain to be resolved. Defense counsel is also scheduled for jury duty and another sequestration-related furlough during the week of May 13 and a jury trial on June 24. The parties expect to meet to resolve remaining questions

1

during June and ask the Court to afford them additional time.  They agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial, so that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on July 9, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  May 10, 2013 | */s/ T. Zindel for T. Pickles*<br>TODD PICKLES<br>Assistant U.S. Attorney |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  May 10, 2013 | */s/ T. Zindel*<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for CEM KIYAK |

**O R D E R**

The status conference is continued to July 9, 2013, at 9:45 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

| Dated:  May 13, 2013 | /s/ John A. Mendez<br>HON. JOHN A. MENDEZ<br>United States District Court Judge |
|---|---|