```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    CEM KIYAK
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    ) No. 2:11-CR-0274 JAM
                                 )
13        Plaintiff,             )
                                 ) STIPULATION AND ORDER TO
14     v.                        ) CONTINUE STATUS CONFERENCE
                                 ) AND EXCLUDE TIME
15  CEM KIYAK,                   )
                                 )
16        Defendant.             ) Date: October 1, 2013
                                 ) Time: 9:45 a.m.
17  _____) Judge: Hon. John A. Mendez
18
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Cem Kiyak, that the status conference scheduled for October 1, 2013, may be continued to November 12, 2013, at 9:45 a.m., and time excluded as set forth below.

Although the Court advised the parties at the last status conference that it wished to set a trial date in this case, the parties request an additional six weeks time to continue their investigation and discussions before setting trial. The defense has been gathering additional evidence, including video

1

documentation, to demonstrate to the government and to the Court collateral consequences Mr. Kiyak and his family may face, consequences that are likely to bear on any agreement to resolve the case. Even if the project is not concluded by early November, the parties will be ready then to set a trial date because no additional investigation is contemplated.

In light of their request for additional time, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial, so that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on November 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: September 27, 2013  /s/ T. Zindel for T. Pickles
TODD PICKLES
Assistant U.S. Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: September 27, 2013  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CEM KIYAK

/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference is continued to November 12, 2013, at 9:45 a.m. The parties shall appear at that date and time ready to schedule trial in the event the case has not resolved. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: September 30, 2013     /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge